FITAPELLI & SCHAFFER
ATTORNEYS AT LAW
28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

September 2, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/18/26

**VIA CM/ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

***Re: Daniel Andrade v. Manhattan Painting & Decorating Corp., et al. No. 25-CV-06540 (MKV)***

Dear Honorable Judge Vyskocil,

We represent Plaintiff and the putative class in the above referenced matter. We write jointly with Defendants pursuant to your Honor's Order dated August 14, 2026. The Parties met and conferred on August 26, 2026, to discuss the possibility of settlement. During this discussion, the Parties agreed that private mediation would be the best option for resolution of this matter. The Parties currently have a mediation scheduled for November 23, 2026 with mediator Martin Scheinman, Esq. Thus, at this time the Parties request that this Court stay discovery while the parties attend mediation and expectantly reach a settlement.

* * *

We thank the Court for its time and attention to this matter.

Sincerely,

/s/ Katherine K. Bonilla
Katherine K. Bonilla

*Counsel for Plaintiff and Putative Class Members*

CC: Defendants' Counsel (via ECF)

The parties' request to stay discovery until after their scheduled mediation is GRANTED. For the avoidance of confusion, the Clerk of Court should NOT stay the case. By December 2, 2026, the parties must advise the Court whether they have reached a settlement and, if not, must file a Joint Letter and CMP [see ECF No. 36].

Date: Sept. 18, 2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge